UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEM-AMERICA, INC.,

                Plaintiff,

– *against* –

NEELAM LINENS & GARMENTS (I) PVT., LTD.,

                Defendant.

**ORDER**

19 Civ. 6879 (ER)

RAMOS, D.J.:

       On July 24, 2019, Plaintiff filed the instant suit against Defendant.  Doc. 1.  A summons was issued on August 7, 2019, Doc. 5, but Plaintiff has not yet filed an affidavit of service, and Defendant has not appeared.  Accordingly, Plaintiff is directed to submit a status report by December 4, 2020.  Failure to comply could result in the Court dismissing the case under Federal Rule of Civil Procedure 4(m).

       SO ORDERED.

Dated:    November 20, 2020
              New York, New York

                                            EDGARDO RAMOS, U.S.D.J.