UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEM-AMERICA, INC.,

                Plaintiff,

– against –

NEELAM LINENS & GARMENTS (I) PVT., LTD.,

                Defendant.

**ORDER**

19 Civ. 6879 (ER)

RAMOS, D.J.:

    Plaintiff Pem-America commenced this action by filing a complaint on July 24, 2019. Doc. 1. Defendant Neelam Linens was served on December 20, 2019. Doc. 17. Neelam Linens' answer was due January 10, 2020. *Id.* The deadline passed without answer, and Pem-America obtained a certificate of default as to Neelam Linens on December 9, 2021. Doc. 22. As there has been no further action to date, Pem-America is instructed to move for default judgment against Neelam Linens in accordance with the Court's individual rules by no later than March 8, 2022. Failure to do so may result in a dismissal for failure to prosecute.

It is SO ORDERED.

Dated:   February 22, 2022
           New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.