Kaplan Levenson P.C.
*Attorneys for Plaintiff*
64 West 48th Street
7th Floor
New York, NY 10036
212.842.2020
smk@kaplev.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
PEM-AMERICA, INC.,

           Plaintiff,

   -against-                                          Docket No. 1:19-cv-06879

NEELAM LINENS & GARMENTS (I) PVT. LTD,

           Defendant.
-------------------------------------------------------------------------X

## ~~PROPOSED~~ AMENDED DEFAULT JUDGMENT

**THIS MATTER** having come before the Court on the motion of plaintiff, Pem-America, Inc. ("Pem") by and through its attorneys, Kaplan Levenson P.C., for entry of an Order pursuant to Fed. R. Civ. P. Rule 55 granting default judgment in favor of Pem and against the defendant, Neelam Linens & Garments (I) PVT. LTD and granting such further and different relief as the Court may deem just and proper; and notice having been given to all interested parties, and the Court having considered all submissions validly made to the Court, and a hearing been held on April 11, 2022, and good cause having been shown;

**IT IS** on this  13  day of      April      2022;

**ORDERED**, that Pem's motion for entry of default judgment is GRANTED; and it is further

{00155106.17 / 0619-112 }

**ORDERED**, that the Clerk of the Court is directed to enter judgment in favor of plaintiff, Pem-America, Inc. and against the defendant, Neelam Linens & Garments (I) PVT. LTD in the amount of $621,014.04, plus pre-judgment interest at the rate of 9% per annum from January 29, 2019 through the date of this judgment, in the amount of $207,180.49, for a total of $828,194.53, plus costs and disbursements, and that the parties may execute hereon forthwith, and that pursuant to 28 U.S.C. § 1961, the judgment will continue to accrue post-judgment interest on all unpaid amounts from the date of this judgment through the time the judgment is paid.

Dated: \_\_\_\_April 13\_\_\_\_, 2022
 New York, NY

_____
Honorable Edgardo Ramos, U.S.D.J.